AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN L. CORRIGAN,

v.

WSP TROOPER D. DALE and D. BURT; JUDGE A. HILLE, and DEPUTY PROSECUTOR B. SCUDDER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-227-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff in the amount of $2,000.00 in liquidated damages ($1,000.00 awarded to Dean Burt and $1,000.00 awarded to Dan Dale) and $3,366.55 in reasonable attorneys' fees.

April 7, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer